UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-11163-B

| Caption: | |
|---|---|
| Harriet Tubman Freedom Fighters Corp., et al.<br>    Plaintiffs-Appellees<br><br>v.<br><br>Florida Secretary of State<br>    Defendant-Appellant | District and Division: Northern District of Florida, Tallahassee Division<br>Name of Judge: Chief Judge Mark E. Walker<br>Nature of Suit: Civil Rights, Voting<br>Date Complaint Filed: June 14, 2021<br>District Court Docket Number: 4:21-cv-242-MW-MAF<br>Date Notice of Appeal Filed: April 8 2025<br>☐ Cross Appeal    ☐ Class Action<br>Has this matter previously been before this court?<br>☑ Yes    ☐ No<br>If Yes, provide<br>(a) Caption: Harriett Tubman Freedom Fighters, et al. v Laurel M. Lee<br>(b) Citation: _____<br>(c) Docket Number: 22-11133 (Consolidated with Nos. 22-11143, 44, 45), 25-10614-B |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See Attachment A | | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See Attachment A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Attorneys' Fees and Costs | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary      ☐ Granted<br>☐ Permanent        ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name  Disability Rights Florida, et al. v Fla SOS; Florida Rising Together, et al. v Fla SOS; LWV of Fla v Fla SOS; Harriett Tubman v Fla SOS
(b) Citation _____
(c) Docket Number if unreported  25-10184-C; 25-10186-C; 25-10613-B, 25-10614-B
(d) Court or Agency  11th Circuit Court of Appeals

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether Plaintiffs are entitled to attorneys' fees, and whether Plaintiffs should have been awarded approximately $232,412.78 in fees and $402.00 in costs.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  14th  DAY OF  April , 2025 .

Mohammad O. Jazil                                           /s/ Mohammad O. Jazil
NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL

# ATTACHMENT A

**Attorneys for Defendant / Appellant**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Beato, Michael | Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 S. Monroe Street, Suite 500<br>Tallahassee, FL 32301 | (850) 270-5938<br>MBeato@holtzmanvogel.com |
| Davis, Ashley | Florida Department of State<br>RA Gray Building<br>500 S. Bronough Street<br>Suite 100<br>Tallahassee, FL 32399 | (850) 245-6531<br>Ashley.Davis@dos.myflorida.com |
| Jazil, Mohammad | Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 S. Monroe Street, Suite 500<br>Tallahassee, FL 32301 | (850) 270-5938<br>MJazil@holtzmanvogel.com |
| McVay, Brad | Florida Department of State<br>Florida Department of State<br>RA Gray Building<br>500 S. Bronough Street<br>Suite 100<br>Tallahassee, FL 32399 | (352) 219-5195<br>Brad.McVay@dos.myflorida.com |

**Attorneys for Plaintiffs / Appellees**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Bennette, Matletha | Southern Poverty Law Center<br>4210 Camden Road<br>Tallahassee, FL 32303 | (850) 408-4840<br>Matletha.Bennette@splcenter.org |
| Dandeneau, Debra | Baker & McKenzie LLP<br>452 Fifth Avenue<br>14th Floor<br>New York, NY 10018 | (212) 626-4875<br>Debra.Dandeneau@bakermckenzie.com |
| Devaney, William III<br>Baker & McKenzie | Baker & McKenzie LLP<br>452 Fifth Avenue<br>14th Floor<br>New York, NY 10018 | (212) 626-4337<br>William.Devaney@bakermckenzie.com |
| Genberg, Jack | Southern Poverty Law Center<br>P.O. Box 1287<br>Decatur, GA 30031 | (404) 521-6700<br>Jack.Genberg@splcenter.org |
| Kanter Cohen, Michelle | Fair Elections Center<br>1825 K Street NW<br>Suite 701<br>Washington, DC 20006 | (202) 248-5347<br>Mkantercohen@fairelectionscenter.org |
| Morales, Ivan | Baker & McKenzie LLP<br>600 Hansen Way<br>Palo Alto, CA 94304 | (650) 251-5911<br>Ivan.Morales@bakermckenzie.com |
| O'Callaghan, Brendan | Baker & McKenzie LLP<br>815 Connecticut Ave NW<br>Washington, DC 20006 | (703) 424-1652<br>Brendan.O'Callaghan@bakermckenzie.com |
| Shapiro, Peter | Baker & McKenzie LLP<br>Two Embarcadero Center, Suite 1100<br>San Francisco, CA 94611 | (415) 576-3000<br>Peter.Shapiro@bakermckenzie.com |
| Sherman, Jonathan | Fair Elections Center<br>1825 K Street NW<br>Suite 701<br>Washington, DC 20006 | (202) 331-0114<br>Jsherman@fairelectionsnetwork.com |

| Tarpley, Carlton | Baker & McKenzie LLP<br>452 Fifth Avenue<br>14th Floor<br>New York, NY 10018 | (212) 626-4498<br>Carlton.Tarpley@bakermckenzie.com |