# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11163

_____

HARRIET TUBMAN FREEDOM FIGHTERS CORP.,
PARALYZED VETERANS OF AMERICA FLORIDA CHAPTER,
PARALYZED VETERANS OF AMERICA CENTRAL FLORIDA
CHAPTER,
STEPHEN KIRK,

                                                                           *Plaintiffs-Appellees*

HEAD COUNT INC,
    a.k.a. HEADCOUNT, et al.,

                                                                           *Plaintiffs,*

*versus*

FLORIDA SECRETARY OF STATE,

                                                                    *Defendant-Appellant,*

FLORIDA ATTORNEY GENERAL, et al.,

                                                                        *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00242-MW-MAF

_____

ORDER:

The motion to withdraw as counsel for the Appellant filed by Attorney Michael Beato is GRANTED.


/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE