# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10184

_____

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP,

                                                                        *Plaintiff,*

DISABILITY RIGHTS FLORIDA,
COMMON CAUSE,
FLORIDA STATE CONFERENCE OF
THE NAACP,

                                                             *Plaintiffs-Appellees,*

versus

FLORIDA SECRETARY OF STATE,

                                                             *Defendant-Appellant,*

SUPERVISOR OF ELECTIONS FOR
ALACHUA COUNTY, et al.,

                                                                *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00187-MW-MAF
_____

_____

No. 25-10186
_____

FLORIDA RISING TOGETHER,
UNIDOSUS,
EQUAL GROUND EDUCATION FUND,
HISPANIC FEDERATION,
PODER LATINX, et al.,

                                                          *Plaintiffs-Appellees,*

FAITH IN FLORIDA,

                                                                    *Plaintiff,*

versus

FLORIDA SECRETARY OF STATE,

                                                          *Defendant-Appellant,*

SUPERVISOR OF ELECTIONS FOR
HILLSBOROUGH COUNTY, et al.,

                                                                *Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00201-MW-MJF
_____

No. 25-10613

LEAGUE OF WOMEN VOTERS OF FLORIDA,
LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.,
BLACK VOTERS MATTER FUND,
FLORIDA ALLIANCE FOR RETIRED AMERICANS, INC.,
CECILE SCOON, et al.,

                                                *Plaintiffs-Appellees,*

*versus*

FLORIDA SECRETARY OF STATE,

                                                *Defendant-Appellant,*

FLORIDA ATTORNEY GENERAL, et al.,

                                                *Defendant.*

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00186-MW-MAF

No. 25-11163

HARRIET TUBMAN FREEDOM FIGHTERS CORP.,

PARALYZED VETERANS OF AMERICA FLORIDA CHAPTER,
PARALYZED VETERANS OF AMERICA CENTRAL FLORIDA CHAPTER,
STEPHEN KIRK,

*Plaintiffs-Appellees*

HEAD COUNT INC,
   a.k.a. HEADCOUNT, et al.,

*Plaintiffs,*

*versus*

FLORIDA SECRETARY OF STATE,

*Defendant-Appellant,*

FLORIDA ATTORNEY GENERAL, et al.,

*Defendants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00242-MW-MAF

_____

ORDER:

     Pending before the Court are Appellant's motions to consolidate, lift the stay in nos. 25-10184 and 25-10186, and reset briefing. To the extent that the motions seek consolidation with no. 25-10614, the motions are DENIED AS MOOT.

The motions are otherwise GRANTED. Appeal nos. 25-10184, 25-10186, 25-10613, and 25-11163 are CONSOLIDATED for briefing and merits disposition purposes.

The stay in nos. 25-10184 and 25-10186 is LIFTED.

Appellant's omnibus initial brief is due within 40 days after the date of this order.

Appellees' response briefs are due within 30 days after the filing of the initial brief.

Appellant's omnibus reply brief, if any, is due within 21 days after the filing of the last response brief.

/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE